ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                     )
                                                )
CBRE Heery, Inc.                                )  ASBCA No. 62615
                                                )
Under Contract No. W9126G-08-D-0056             )

APPEARANCES FOR THE APPELLANT:        Heather F. Shore, Esq.
                                        Brown & Ruprecht PC
                                        Kansas City, MO

                                      Wade Purcell, Esq.
                                        Counsel

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Laura J. Arnett, Esq.
                                      Allie E. Vandivier, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 4, 2021

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62615, Appeal of CBRE Heery, Inc., rendered in conformance with the Board's Charter.

Dated: October 5, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals